1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES O. MOLEN, et al.,                          No. CIV S-12-0070-JAM-CMK

12              Plaintiff,

13         vs.                                    FINDINGS AND RECOMMENDATIONS

14   AGENTS FOR INTERNATIONAL
     MONETARY FUND, et al.,

15

16              Defendants.
     _____/

17           Plaintiff, proceeding in propria persona, brings this civil action under 28 U.S.C. §

18   1331.  On May 16, 2012, the court directed plaintiffs to file an amended complaint within 30

19   days.  Plaintiffs were warned that failure to file an amended complaint may result in dismissal of

20   this action for lack of prosecution and failure to comply with court rules and orders.  See Local

21   Rule 110.  To date, plaintiffs have not complied.

22           The court must weigh five factors before imposing the harsh sanction of

23   dismissal.  See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v.

24   U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's

25   interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3)

26   the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on

1   their merits; and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran,

2   46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an

3   appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.

4   See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is

5   appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,

6   1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to

7   comply with an order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258,

8   1260-61 (9th Cir. 1992).

9           Having considered these factors, and in light of plaintiffs' failure to file an

10  amended complaint as directed, the court finds that dismissal of this action is appropriate.

11          Based on the foregoing, the undersigned recommends that this action be

12  dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and

13  orders.

14          These findings and recommendations are submitted to the United States District

15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

16  after being served with these findings and recommendations, any party may file written

17  objections with the court.  Responses to objections shall be filed within 14 days after service of

18  objections.  Failure to file objections within the specified time may waive the right to appeal.

19  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20

21

22   DATED:  June 27, 2012

23                                                   _____
                                                     **CRAIG M. KELLISON**

24                                                   UNITED STATES MAGISTRATE JUDGE

25

26